IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RASHAWNA GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-056 |
| ) | |
| AKAMBIRE, LLC; SOUTHWIND RISK ) | |
| RETENTION GROUP, INC.; and JOSE ) | |
| BRUNIS, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Defendant Jose Brunis removed this case to the Southern District of Georgia from the State Court of Richmond County on April 29, 2024. (Doc. no. 1.) The Clerk of Court issued a Removal Notice to All Counsel of Record the same day, informing Adam P. Smith and George Bush, Plaintiff's counsel in State Court, that they must file notices of appearance or motions for admission *pro hac vice* within ten days if they intended to continue representing Plaintiff. (Doc. no. 3.) Mr. Smith and Mr. Bush have not made appearances, and no other attorney has appeared on Plaintiff's behalf.

By no later than Tuesday, May 28, 2024, Mr. Smith and Mr. Bush shall file notices of appearance, file *pro hac vice* motions, or otherwise file a notice for the record of who will be representing the Plaintiff in this case. The Court **DIRECTS** the **CLERK** to serve this Order on Mr. Smith and Mr. Bush by email and United States Mail and document the same on the record.

SO ORDERED this 20th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA