# United States District Court
## Southern District of Georgia

RASHAWNA GREENE

_____
Plaintiff

v.  AKAMBIRE, LLC, et al.

_____
Defendant

Case No.  1:24-CV-00056-JRH-BKE

Appearing on behalf of

Plaintiff

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  24th  day of  May , 2024 .

*[signature: Brian K. Epps]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Michael L. Goldberg |
| Business Address: | Fried Goldberg LLC — Firm/Business Name |
| | 3550 Lenox Road, N.E. — Street Address |
| | Suite 1500 / Atlanta / GA / 30326 |
| | Mailing Address (if other than street address) |
| | (404) 591-1800 — Telephone Number |
| | 299472 — Georgia Bar Number |
| Email Address: | michael@friedgoldberg.com |